UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| NEPW LOGISTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY CO., CRUM & FORSTER and THE NORTH RIVER INSURANCE CO.,<br><br>    Defendants. | CIVIL ACTION No. 2:09-cv-316 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff NEPW Logistics, Inc., by and through its counsel, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses the above-captioned action without prejudice, noting that Answers have not been filed by the Defendants in this matter.

Dated at Portland, Maine this 15th day of September, 2009.

/s/ Lucus A. Ritchie
Louise K. Thomas
Lucus A. Ritchie
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
207-791-1100
*Attorneys for Plaintiff NEPW Logistics, Inc.*

**CERTIFICATION OF SERVICE**

I hereby certify that on September 15, 2009, I electronically filed this Notice of Dismissal without Prejudice with the Court's CM/ECF system, which will distribute copies to all counsel of record.

/s/ Lucus A. Ritchie
Lucus A. Ritchie
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
207-791-1100